UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARK OVERTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CV 10  2724 RZ |
| v. ) | |
| ) | [PROPOSED] ORDER |
| MICHAEL ASTRUE , ) | Awarding EAJA Fees |
| Commissioner of Social ) | |
| Security ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that based upon the parties Stipulation for the Award And Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of THREE THOUSAND DOLLARS and 00/100 cents ($3,000.00), as authorized by 28 U.S.C. 2412(d), ~~and subject to the terms of the above-referenced Stipulation~~.

DATED: March 30, 2011

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE

1